202 So.2d 652

**Louise EASTIN, widow of Walter FRENCH, Jr., Peggy French, wife of Ronald Reso, and Walter French, III,**

v.

**OCHSNER CLINIC and Ochsner Foundation Hospital.**

No. 48836.

Sept. 29, 1967.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.